IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re MICHAEL WILLIAMS,

No. C 12-02597 YGR (PR)

**ORDER OF TRANSFER**

_____/

    This action was opened on May 21, 2012, when the Court received from inmate Michael Williams a letter to the Honorable Thelton E. Henderson that concerned prison conditions. On that date, the Clerk of the Court notified Mr. Williams in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application. The Court further notified him that this action would be dismissed he if did not submit a complaint on the proper form and a completed *in forma pauperis* application within thirty days.

    Further review of Mr. William's case reveals that, in addition to failing to submit the proper documents, Mr. Williams has also initiated his civil action in the wrong judicial district. Mr. William's letter states that he suffered serious brain trauma during a prison riot while incarcerated in the North Fork Correctional Facility in Oklahoma. (May 21, 2012 Letter at 1.) He was subsequently transferred to Centinela State Prison (Centinela) in California. He alleges that the medical staff at Centinela have ignored his requests for evaluation and treatment of his brain trauma. (*Id.* at 2-3.)

    Centinela is located in the Southern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer the case forthwith.

Case 4:12-cv-02597-YGR   Document 4   Filed 06/13/12   Page 2 of 2

If he wishes to further pursue this action, Mr. Williams must complete the complaint form and *in forma pauperis* application required by the United States District Court for the Southern District of California and mail them to that district.

IT IS SO ORDERED.

DATED: June 13, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
**For the Northern District of California**

G:\PRO-SE\YGR\CR.12\Williams2597.Transfer-Southern.wpd    2